UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62372-WPD

Jennifer Cantone,

    Plaintiff,

v.

Barker Animation, Inc.,
a foreign for profit corporation
and Herbert Barker, individually,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION FOR APPROVAL
## OF SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

Before the Court is a Joint Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice, filed herein on May 2, 2016. [DE 19]. The Court has carefully considered the Joint Motion, the Settlement Agreement attached thereto, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion [DE 19] is **GRANTED** and the Settlement Agreement is **APPROVED**. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor,* 679 F.2d 1350 (11th Cir. 1982).

2. This case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney's fees except as otherwise agreed.

3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida this 3rd day of May, 2016.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record